USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
KEVIN L. ARCHER, :
:
                              Plaintiff, :
                -against- :
: 21-CV-4002 (VEC)
NTF INVESTMENT GROUP 1501, LLC, :
CARGO SOLUTION EXPRESS, INC., AND : ORDER
NELSON SANTOS, :
:
                          Defendants. :
----------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS an in-person status conference in this matter is scheduled for Friday, May 27, 2022 at 10:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, Dkt 23.

    IT IS HEREBY ORDERED that the conference, currently scheduled for Friday, May 27, 2022 at 10:00 A.M., will be held remotely. All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 4002. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

                                                                  _____

**Date: May 26, 2022**                                        **VALERIE CAPRONI**
       **New York, New York**                           **United States District Judge**