USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
KEVIN L. ARCHER,　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　Plaintiff,　　　:
　　　　　　　-against-　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:　　　21-CV-4002 (VEC)
NTF INVESTMENT GROUP 1501, LLC,　　　　　　:
CARGO SOLUTION EXPRESS, INC., AND　　　　　:　　　ORDER
NELSON SANTOS,　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　Defendants.　　:
---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

　　　WHEREAS on May 27, 2022, the parties appeared for a status conference.

　　　IT IS HEREBY ORDERED that the expert discovery deadline is adjourned to **Thursday, September 1, 2022**. Given the lengthy adjournment, the Court is unlikely to extend that deadline further.

　　　IT IS FURTHER ORDERED that by no later than **Friday, June 3, 2022**, the parties must meet and confer and file a joint letter setting out all interim expert discovery deadlines including with respect to depositions, reports, and rebuttal reports.

　　　IT IS FURTHER ORDERED that the next status conference will be held on **Friday, September 23, 2022 at 10:00 A.M.** At the conference, the Court will set a briefing schedule for any *Daubert* motions and will schedule the trial. The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

　　　IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be

permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Date:  May 27, 2022**
**New York, New York**

                                            **VALERIE CAPRONI**
                                            **United States District Judge**