UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN L. ARCHER,<br><br>        Plaintiff,<br><br>-against-<br><br>NTF INVESTMENT GROUP 1501, LLC,<br>CARGO SOLUTION EXPRESS, INC., and<br>NELSON SANTOS,<br><br>        Defendants. | Case No. 1:21-cv-04002 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the parties' joint letter, dated October 10, 2022, filed in response to the Court's September 27, 2022 Reassignment Order. ECF No. 40. In light of the numerous previous requests for discovery extensions, the Court is not inclined to grant further extensions. Accordingly, the discovery deadlines set forth in the Court's Civil Case Management Plan and Scheduling Order and all related orders remain in effect, including the November 15, 2022 deadline for expert discovery. *See* ECF Nos. 11, 15, 19, 21, 23, 29, 31, 38. As contemplated by these orders, IT IS HEREBY ORDERED that the parties shall appear for a post-discovery pretrial conference on **December 12, 2022**, at 11:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. Should the parties wish to move for summary judgment, they may do so in accordance with the Court's Individual Rule 3.I no later than **November 28, 2022**.

Dated: October 11, 2022
   New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge